NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROLYN W. HAFEMAN,**
*Appellant*

**v.**

**GOOGLE LLC, MICROSOFT CORPORATION,**
*Appellees*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2024-1600, 2024-1601, 2024-1602, 2024-1603, 2024-1604, 2024-1605

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01188, IPR2022-01189, IPR2022-01190, IPR2022-01191, IPR2022-01192, and IPR2022-01193.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

**O R D E R**

The Director of the United States Patent and Trademark Office moves unopposed for leave to intervene out of time, *see* Fed. R. App. P. 15(d); *cf.* 35 U.S.C. § 143, stating that intervention will not impact the briefing schedule because she "is prepared to file a brief concurrent with Appellees' brief deadline." Mot. at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected in this order.

(2) The Director is directed to file a docketing statement no later than 14 days from the date of entry of this order, and the Director's brief is due no later than the time for Appellees to file the response brief. The single reply brief will be due no later than 21 days after the date of service of the Director's or Appellees' brief, whichever is later.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

October 21, 2024
Date

Jarrett B. Perlow
Clerk of Court