Glaser Weil

**Lawrence M. Hadley**
T 310.553.3000
D 310.282.6235
lhadley@glaserweil.com

March 11, 2025

**VIA CM/ECF**

Jarrett B. Perlow
717 Madison Place, NW
Washington, DC 20439
(202) 275-8000

Re: Lead Case No. 24-1600: *Hafeman v. Google LLC et al.* – Citation of Supplemental Authority

Dear Clerk Perlow:

Pursuant to Fed R. App. P. 28(j), Plaintiff-Appellant Carolyn W. Hafeman respectfully submits a pertinent and significant authority recently issued by the USPTO.

On February 28, 2025, the USPTO rescinded the June 21, 2022, memorandum entitled "Interim Procedure for Discretionary Denials in AIA Post-Grant Proceedings with Parallel District Court Litigation" ("Interim Procedure"). The notice states that any portion of a PTAB or Director decision relying on the Interim Procedure is no longer "binding" or "persuasive" (**Exhibit A**). The Interim Procedure that has been rescinded is referred to in Appellant's Opening Brief at 15, 26, 30, and 32; Appellees' Corrected Answering Brief at 11, 28, and 29; and Intervenor's Corrected Answering Brief at 5 and 6.

As explained in her briefing, Hafeman is not challenging the PTAB's application of the six-factor *Fintiv* analysis at institution, but rather, the PTAB's failure to address or enforce a violated *Sotera* stipulation post-institution. *See* Appellant's Opening Brief at 24-26, 28, and 29-34; Appellant's Reply Brief at 1-8.

Notably, the USPTO's notice states that PTAB's decision in *Sotera* remains binding precedent at the PTAB. In *Sotera*, the PTAB found that a broad stipulation not to raise "any ground raised or that could have been reasonably raised" "ensures that an *inter partes*

review is a true alternative to the district court proceeding." *Sotera Wireless, Inc. v. Masimo Corp.*, IPR2020-01019, Paper 12 (PTAB Dec. 1, 2020) (precedential as to § II.A).

Respectfully submitted,

*/s/ Lawrence M. Hadley*

Lawrence M. Hadley
of Glaser Weil Fink Howard Jordan & Shapiro LLP

cc: Counsel of Record Via CM/ECF

# EXHIBIT A

An official website of the United States government
Here's how you know

uspto UNITED STATES PATENT AND TRADEMARK OFFICE ®



# USPTO rescinds memorandum addressing discretionary denial procedures

**February 28, 2025**

Today, the USPTO rescinded the June 21, 2022, memorandum entitled "Interim Procedure for Discretionary Denials in AIA Post-Grant Proceedings with Parallel District Court Litigation" (Memorandum).

Parties to post-grant proceedings should refer to Patent Trial and Appeal Board (PTAB) precedent for guidance, including Apple Inc. v. Fintiv, Inc., IPR2020-00019, Paper 11 (PTAB Mar. 20, 2020) (precedential) and Sotera Wireless, Inc. v. Masimo Corp., IPR2020-01019, Paper 12 (PTAB Dec. 1, 2020) (precedential as to § II.A).

To the extent any other PTAB or Director Review decisions rely on the Memorandum, the portions of those decisions relying on the Memorandum shall not be binding or persuasive on the PTAB.

Was this page helpful?

Share this page Print this page

Additional information about this page

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us