**SMITH BALUCH LLP**

700 Pennsylvania Ave. SE
Second Floor
Washington, DC 20003

**Andrew S. Baluch, Esq.**
Tel: +1.202.880.2397
baluch@smithbaluch.com

October 24, 2025

Hon. Jarrett B. Perlow
Clerk of the Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

**Via CM / ECF**

Re: *Hafeman v. Google LLC et al.*, No. 24-1600 (Fed. Cir.)

Dear Mr. Perlow,

Pursuant to Fed. R. App. P. 28(j), Appellees Google and Microsoft write to apprise the Court that Final Judgment (**Exhibit 1**) was entered in the parallel district court litigation involving all three patents-at-issue in this appeal. The Final Judgment denied Plaintiff Hafeman's post-trial motions (mentioned in Appellees' Red Br. at 15) and entered final judgment (the absence of which was mentioned in Appellant's Gray Br. at 31) in favor of Defendant LG Electronics Inc. that all Asserted Claims are invalid and not infringed.

Respectfully submitted,

/s/ Andrew S. Baluch
Andrew S. Baluch
Smith Baluch LLP

**CERTIFICATE OF INTEREST**
**(Google LLC)**

I certify that the information below is complete to the best of my knowledge:

| **1. Represented Entity** | **2. Real Party in Interest** | **3. Parent Corporations and 10% Stockholders** |
| --- | --- | --- |
| Google LLC | LG Electronics Inc.<br>LG Electronics U.S.A., Inc. | Alphabet Inc.<br>XXVI Holdings Inc. |

| **4. Other Legal Representatives** | | |
| --- | --- | --- |
| Perkins Coie LLP: | Lori A. Gordon | Kyle R. Canavera |

| **5. Related Cases** |
| --- |
| Hafeman v. LG Electronics Inc. et al., Case No. 6:21-cv-00696 (W.D. Tex.), on appeal as Appeal No. 26-1086 (Fed. Cir.) (docketed Oct. 23, 2025). |

| **6. Organizational Victims and Bankruptcy Cases** |
| --- |
| none |

October 24, 2025

/s/ Andrew S. Baluch
Andrew S. Baluch

**CERTIFICATE OF INTEREST**
**(Microsoft Corporation)**

I certify that the information below is complete to the best of my knowledge:

| 1. Represented Entity | 2. Real Party in Interest | 3. Parent Corporations and 10% Stockholders |
|---|---|---|
| Microsoft Corporation | LG Electronics Inc.<br>LG Electronics U.S.A., Inc. | None |

| 4. Other Legal Representatives | | |
|---|---|---|
| Perkins Coie LLP: | Lori A. Gordon | Kyle R. Canavera |

| 5. Related Cases |
|---|
| Hafeman v. LG Electronics Inc. et al., Case No. 6:21-cv-00696 (W.D. Tex.), on appeal as Appeal No. 26-1086 (Fed. Cir.) (docketed Oct. 23, 2025). |

| 6. Organizational Victims and Bankruptcy Cases |
|---|
| none |

October 24, 2025

/s/ Carrie A. Beyer
Carrie A. Beyer

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This letter complies with the type-volume limitations of Federal Rule of Appellate Procedure 28(j) because it contains 83 words.

2. This letter complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Time New Roman font.

Date: October 24, 2025

/s/ Andrew S. Baluch
Andrew S. Baluch
SMITH BALUCH LLP

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CAROLYN W. HAFEMAN, an Individual<br>Plaintiff,<br>v.<br>LG ELECTRONICS INC.,<br>Defendant. | **CIVIL ACTION NO.:**<br>**6:21-cv-00696-ADA-DTG** |

# FINAL JUDGMENT

A jury trial commenced in this case on April 24, 2023, in which Plaintiff Carolyn W. Hafeman asserted the following claims of U.S. Patent No. 9,892,287; U.S. Patent No. 10,325,122; and U.S. Patent No. 10,789,393 (the "Asserted Patents"): claim 1 and 4 of the '287 patent; claims 1, 4, and 7 of the '122 patent; and claims 1, 4, and 7 of the '393 patent (the "Asserted Claims").

On April 28, 2023, the jury rendered a unanimous verdict in favor of Defendant LG Electronics Inc. ("LG") finding that LG does not infringe any Asserted Claims and that all Asserted Claims are invalid. The Court subsequently denied Plaintiff's Motion for a New Trial and Partial Judgment as a Matter of Law (Dkt. No. 276).

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

1. Defendant LG Electronics Inc. does not directly infringe any Asserted Claims of any Asserted Patents.
2. Defendant LG Electronics Inc. has not induced infringement of any Asserted Claims of any Asserted Patents.
3. Defendant LG Electronics Inc. has not contributed to infringement of any Asserted Claims of any Asserted Patents.

4. All Asserted Claims of all Asserted Patents are invalid under 35 U.S.C. § 102(a) based on Research in Motion's BlackBerry System and/or under 35 U.S.C. § 103 based on Microsoft's Window's 2000 in combination with IBM's EPO Publication No. EP0687968A2 (Cohen) (*see* Dkt. No. 248 at 6).

5. The remaining claims in the Asserted Patents (i.e., all claims in the Asserted Patents other than the Asserted Claims), which were also asserted in Plaintiff's First Amended Complaint (Dkt. No. 35), are dismissed with prejudice.

6. Judgment is hereby entered in favor of Defendant LG Electronics Inc. on Counts I through IX of Plaintiff's First Amended Complaint for Patent Infringement.

7. This judgment starts the time for filing any remaining post-trial motions or appeal.

**IT IS FURTHER ORDERED** that the parties shall brief the issues of whether Defendant LG Electronics Inc. is entitled to costs and the amount of costs, if any, in accordance with Federal Rule of Civil Procedure 54 and Local Civil Rule 54.

SIGNED on October 9, 2025.

The Honorable Alan D. Albright
United States District Judge