# United States Court of Appeals for the Federal Circuit

---

**CAROLYN W. HAFEMAN,**
*Appellant*

**v.**

**GOOGLE LLC, MICROSOFT CORPORATION,**
*Appellees*

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-1600, 2024-1601, 2024-1602, 2024-1603, 2024-1604, 2024-1605

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01188, IPR2022-01189, IPR2022-01190, IPR2022-01191, IPR2022-01192, IPR2022-01193.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED-IN-PART, AFFIRMED-IN-PART**

FOR THE COURT

June 5, 2026
Date

Jarrett B. Perlow
Clerk of Court